IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| | * |
| v. | *   CIVIL NO. MJG-02-4120 |
| | * |
| $17,594.00 U.S. CURRENCY, | * |
| Defendant. | * |

\* \* \* \* \* \* \*

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by and through undersigned counsel, hereby moves for entry of an order of forfeiture, and in support of such motion states the following:

1. The Verified Complaint for Forfeiture of the defendant property, which, the government submits, sets forth probable cause for the forfeiture of the defendant property, was filed on December 18, 2002.

2. On or about December 20, 2002, the United States Marshal arrested, or executed process on, the defendant property.

3. As the Verified Complaint sets forth, the property was seized from Wayne Walker. On or about March 5, 2003, Wayne Walker and the government agreed to disposition of the defendant property. A copy of the settlement agreement is annexed hereto as Exhibit A. According to the agreement, the government agrees to release $3,520.00 of the defendant property to the claimant.

4. The claimant agrees to forfeit his interest in the remaining defendant property to the government.

5. On or about December 20, 2002, notice of the pendency of this case was published in The Capital, a newspaper of general circulation in Anne Arundel County, Maryland, area pursuant to Rule C of the Supplemental Rules For Certain Admiralty and Maritime Claims. A copy of the advertising certification, in addition to the Declaration Regarding Circulation is attached hereto as Exhibit B.

6. No other claimant has come forward within the time allotted by law for the filing of claims, which is within thirty (30) days of the date of publication. 18 U.S.C. section 983(a)(4)(A).

**WHEREFORE**, the United States of America respectfully requests that the Court enter judgment for the United States of America under the terms and conditions of the draft order submitted herewith for the convenience of the Court.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

3/10/03
Date

Charlie J. Peters
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
Telephone (410) 209-4800

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March \_\_\_10TH\_\_\_ 2003, a copy of the foregoing Motion for Final Order of Forfeiture was mailed first class, postage prepaid to Lawrence B. Rosenberg, Esquire, Court Square Building, 200 E. Lexington Street, Suite 909, Baltimore, Maryland 21202.

                                                                _____
Charles J. Peters
Assistant United States Attorney

```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,       *
            Plaintiff,          *
                                *
      v.                        *    CIVIL NO. MJG-02-4120
                                *
$17,594.00 U.S. CURRENCY        *
            Defendant.          *
                       * * * * * * *
```

## FINAL ORDER OF FORFEITURE

**IT IS ORDERED, ADJUDGED, AND DECREED** on this \_\_\_\_ day of March 2003 that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. section 2465;

4. $3,520.00 of the defendant property shall be released to the claimant, in accordance with the Settlement Agreement attached to the government's motion. The remaining defendant property is condemned and all rights, title, and interest of Wayne Walker, and any and all other persons is **HEREBY FORFEITED** to the United States of America.

5. The United States Marshals Service shall dispose of the defendant property in accordance with law and in accordance with the agreement annexed to the government's motion.

6. The clerk of the court shall provide copies of this order to counsel of record.

_____
Marvin J. Garbis
United States District Judge