

## THE BALTIMORE SUN
### BALTIMORE, MARYLAND 21278-0001



*December 31* 20 *02*

### WE HEREBY CERTIFY, *that the annexed advertisement of*

AD NO.: 20954
US DEPT OF JUSTICE
US MARSHAL JOHNNY L HUGHES
101 W LOMBARD ST #6115
BALTIMORE          MD 21201

................................................

................................................

................................................

*was published in* "THE BALTIMORE SUN" *a daily newspaper printed*

*and published in the City of Baltimore* *12 / 30 / 02*

................................................

................................................

*The Baltimore Sun Company,*

*By*............................................

7331

NOTICE OF SEIZURE
  NOTICE IS HEREBY
GIVEN that by virtue of
Warrant for Arrest in
Rem, issued by the U.S.
District Court for the Dis-
trict of Maryland, in an
action entitled, U.S. v.
$17,594.00 U.S. Curren-
cy, United States Marshal
Service for the District of
Maryland, arrested on
December 20, 2002 said
property described under
Civil Docket No.
MJG024120 and filed
with the Clerk of the
Court for the District of
Maryland for violation of
21 U.S.C. § 841, and
which action requests
that the said property be
seized for condemnation
and requests such costs
and disbursements as de-
creed by the Court. Any
person who is entitled to
possession, or claiming
an interest in or to said
property, pursuant to
Supplemental Rule C(6)
of the Certain Admiralty
and Maritime Claims, and
the Federal Rules of Civil
Procedures, and within
30 days after publication
must file a claim with the
Clerk of the Court, U.S.
District Court for the Dis-
trict of Maryland, and
make service upon the
attorney for the plaintiff,
and must serve their an-
swers within 20 days
after the filing of their
claims. All interested per-
sons should file claims
and answers within the
time so fixed, or be
defaulted and said prop-
erty be condemned and
forfeited to the use of
the United States of
America. Charles J. Pe-
ters, Assistant United
States Attorney, 6625
U.S. Courthouse, 101 W.
Lombard Street, Balti-
more, Maryland 21201,
attorney for plaintiff.
  Johnny L. Hughes,
U.S. Marshal,
101 W. Lombard St.
Baltimore, Maryland
21201

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

...ooOoo...

DECLARATION REGARDING CIRCULATION

I, Jennifer Helphenstine, certify that I am the Call Center Manager for The Baltimore Sun newspaper, that I am familiar with the circulation information pertaining to The Baltimore Sun, and that The Baltimore Sun is a newspaper of general circulation in every county in the state of Maryland. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2/6/01
Date

Jennifer Helphenstine