```
                                    FILED
                              U.S. DISTRICT COURT
              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
                              2003 MAY -2  A 10: 12
UNITED STATES OF AMERICA,       *
          Plaintiff,          CLERK'S OFFICE
                              AT BALTIMORE
     v.                    BY____*    CIVIL NO. MJG-02-4120
                                  ____DEPUTY
$17,594.00 U.S. CURRENCY        *
          Defendant.            *
                     *  *  *  *  *  *  *
```

## FINAL ORDER OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this 30th day of April ~~March~~ 2003 that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. section 2465;

4. $3,520.00 of the defendant property shall be released to the claimant, in accordance with the Settlement Agreement attached to the government's motion. The remaining defendant property is condemned and all rights, title, and interest of Wayne Walker, and any and all other persons is **HEREBY FORFEITED** to the United States of America.

5. The United States Marshals Service shall dispose of the defendant property in accordance with law and in accordance with the agreement annexed to the government's motion.

6. The clerk of the court shall provide copies of this order to counsel of record.

/s/
───────────────────────────
Marvin J. Garbis
United States District Judge